UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARNELL MCGARY,

        Plaintiff,

  v.

DR MARK MCCLUNG,

        Defendant(s).

CASE NO.C05-5376RBL

ORDER DENYING DEFAULT

The Motion for Default has been considered together with the files and records in the case and is **DENIED** as to the named defendant(s) for the following reason:

( √ ) An Answer or responsive pleading has been filed by the defendants(s).

( ) The United States has 60 days in which to answer the summons pursuant ro FRCP 12(a)(3). According to the returns, in the file, the summons were issued on _____ and executed by certified mail _____ .

( ) Proof of service of the summons and complaint has not been separately filed with the court in accordance with Fed.R.Civ.P. 4 (e)(*l*).

( ) There is no proof that the plaintiff has served this motion for default on defense counsel.

The pending motion for default judgment, if any, against these defendants is **DENIED AS MOOT.**

DATED:  May 11, 2006                BRUCE RIFKIN, Clerk

                                                  By:   /s/ Jean Boring
                                                       DEPUTY CLERK

Minute Order -1