The Honorable RONALD B. LEIGHTON

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| DARNELL MCGARY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RONALD CULPEPPER, et al.,<br><br>　　　　　　Defendants. | NO. C05-5376 RBL<br><br>AGREED ORDER GRANTING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT |

The Court has received the parties' agreed Motion for entry of an Order granting plaintiff leave to amend his complaint, and considered the record in this matter.

This 42 U.S.C. § 1983 Civil Rights action has been remanded by the Ninth Circuit Court of Appeals to provide plaintiff an opportunity to amend his Complaint to allege facts, if he can do so, sufficient to state a claim as to each of the defendants in this matter, **except** as to Washington Superior Court Judge Ronald Culpepper. This Court previously dismissed plaintiff's claims regarding Judge Culpepper and plaintiff waived that issue on appeal. Memorandum Decision (Dkt. 84, p. 2, fn. 1).

Review of the original Complaint (Dkt. 1) shows plaintiff attempting to assert claims against defendants in their personal and official capacities. However, plaintiff does not allege sufficient facts to demonstrate the specific actions each defendant took or failed to take to state

1  a civil rights claim.  By way of further example, plaintiff asserts claims against defendant McClung regarding a medication override, but does not allege that plaintiff actually received the medication that Dr. McClung ordered.  Plaintiff names as defendants Ms. Acker and Ms. Roberts, but make no allegations as to them.  Plaintiff needs to amend the complaint in this action to cure the technical defects in his original Complaint.

Based on the foregoing, **IT IS ORDERED.**

That the parties agreed motion requesting leave for plaintiff to file an amended complaint is **GRANTED**.

That plaintiff is directed to file an amended complaint with a service copy and filled out marshals service form on or before May 27, 2009.

DATED this 19th day of May, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

ROBERT M. MCKENNA
Attorney General


s/ Donna J. Hamilton
DONNA J. HAMILTON, WSBA No. 26894
JESSICA L. GREENWALD, WSBA No. 37956
WILLIAM M. VAN HOOK, WSBA No. 33922
Assistant Attorneys General for the SCC Defendants


s/Donna J. Hamilton per e-mail approval by Ms. Migchelbrink
AMANDA M. MIGCHELBRINK, WSBA No. 34223
Assistant Attorney General for the DOC Defendants

/ / /

| | |
|---|---|
| 1 | JOHNSON, GRAFFE, KEAY, MONIZ & WICK, LLP |
| 2 | |
| 3 | s/Donna J. Hamilton per e-mail approval by Mr. Struder |
| | DONNA M. MONIZ, WSBA No. 12762 |
| 4 | EUGENE A. STUDER, WSBA No. 20175 |
| | Attorneys for Defendant Dr. McClung |
| 5 | |
| 6 | |
| 7 | GERALD A. HORNE |
| | Pierce County Prosecuting Attorney |
| 8 | |
| 9 | s/Donna J. Hamilton per e-mail approval by Mr. Williams |
| | RONALD L. WILLIAMS, WSBA No. 13927 |
| 10 | Deputy Prosecuting Attorney |
| | Pierce County Prosecuting Attorneys Office for the |
| 11 | Pierce County Defendants |
| 12 | |
| 13 | |
| 14 | s/Donna J. Hamilton per telephonic approval by Mr. McGary |
| | DARNELL McGARY |
| | Plaintiff *pro se* |