The Honorable RONALD B. LEIGHTON
U.S. Magistrate Judge J. RICHARD CREATURA

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| DARNELL MCGARY,<br><br>                   Plaintiff,<br><br>   v.<br><br>RONALD CULPEPPER, et al.,<br><br>                  Defendants. | NO. C05-5376 RBL<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION TO FILE ANSWER |

The Court has received the parties' Unopposed Motion for entry of an Order granting defendants an extension of time to file their answer to plaintiff's amended Complaint and considered the record in this matter,

**IT IS HEREBY ORDERED:**

The parties' Unopposed Motion requesting an extension of time to respond to the Amended Complaint is **GRANTED**. Defendants' answer to plaintiff's amended Complaint is due on or before July 6, 2009.

DATED this 3rd day of June, 2009.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING UNOPPOSED MOTION
NO. C05-5376 RBL

1