UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARNELL MCGARY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RONALD CULPEPPER, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C05-5376JRC<br><br>ORDER |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation [Dkt. #129], the responses thereto [Dkt. #'s 130, 131], and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motions to dismiss (Docs. 107, 108, & 118) are GRANTED.

(3) Plaintiff's claims and causes of action against Defendants Roberts, Acker, Richards, Sziebert and McClung are dismissed.

(4) Plaintiff's motion for default (105) is DENIED, and Defendant Brian Judd is dismissed from the matter.

(5) The Clerk shall enter judgment in favor of Defendants Roberts, Acker, Richards, Sziebert, McClung, and Judd and shall close this case.

ORDER - 1

(6) The Clerk is directed to send copies of this Order to the parties.

DATED this 31st day of December, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 2