# United States District Court

WESTERN DISTRICT OF WASHINGTON

DARNELL McGARY

JUDGMENT IN A CIVIL CASE

v.

RONALD CULPEPPER, *et al.,*

CASE NUMBER: C05-5376RBL/JRC

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation.

Defendants' motion to dismiss (Docs. 107, 108 & 118) are GRANTED.

Plaintiff's claims and causes of action against Defendants Roberts, Acker, Richards, Sziebert, and McClung are dismissed.

Plaintiff's motion for default (105) is DENIED, and Defendant Brian Judd is dismissed from the matter.

The Clerk shall enter judgment in favor of Defendants Roberts, Acker, Richards, Sziebert, McClung, and Judd and shall close this case.

|  |  |
|---|---|
|   January 4, 2010 |   BRUCE RIFKIN |
| Date | Clerk |
|  |  |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |