HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARNELL OTIS McGARY,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD CULPEPPER, Administrative Law Judge, et al,<br><br>    Defendants. | CASE NO. C05-5376RBL<br><br>ORDER |

    THIS MATTER comes on before the above-entitled Court upon remand from the United States Court of Appeals for the Ninth Circuit. [Dkt. #141]  Having considered the entirety of the records and file herein, the Court finds and rules as follows:

    At the suggestion of the Ninth Circuit, this Court will reconsider the prior Order denying plaintiff appointed counsel. [Dkt. #127]  Because claims raising "important and complex legal issues that may determine whether McGary will ever have a realistic opportunity for release from his indefinite civil confinement" have survived defendants' motions for judgment on the pleadings, this Court will appoint counsel to represent plaintiff. *See McGary v. Culpepper*, 2011 WL 1654163 (9th Cir., May 3, 2011) (unpublished).  The Clerk's Office Pro Bono Coordinator is directed to locate counsel for plaintiff from the Court's Pro Bono Panel.

ORDER- 1

1    **IT IS SO ORDERED.**

2    The Clerk shall send uncertified copies of this order to all counsel of record, and to any

3 party appearing pro se.

4    Dated this 31st day of May, 2011.

                                       */s/ Ronald B. Leighton*

                                RONALD B. LEIGHTON  
                                UNITED STATES DISTRICT JUDGE