UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARNELL MCGARY,

                Plaintiff,

     v.

RONALD CULPEPPER et al.

                Defendants.

CASE NO. C05-5376 RBL-JRC

ORDER

The District Court referred this civil rights action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge J. Richard Creatura. The authority for the referral is found in 28 U.S.C. § 636(b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

Before the Court is Defendants' motion to file an over length brief (ECF No. 170). Defendants explain that the case covers a number of discrete incidents and a broad time period. Defendants show good cause to file an over length brief. The Court grants the motion for ten additional pages of briefing.

Dated this 27th day of April, 2012.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER - 1