```
_____ FILED      _____ LODGED
                 _____ RECEIVED

         JUN 0 1 2012

  CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                  DEPUTY
```

The Honorable RONALD B. LEIGHTON
U.S. Magistrate Judge J. RICHARD CREATURA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DARNELL MCGARY,<br><br>               Plaintiff,<br><br>v.<br><br>RONALD CULPEPPER, et al.,<br><br>               Defendants. | NO. C05-05376 RBL/JRC<br><br>(PROPOSED)<br>AMENDED SCHEDULING ORDER |

Pursuant to the stipulated agreement among all parties, and good cause appearing, the Scheduling Order, previously filed by this Court on August 31, 2011, ECF No. 154, is hereby amended as follows:

1. Mr. McGary's response to the SCC Defendants' Motion for Summary Judgment, ECF No. 174, shall be due on **June 4, 2012**.

2. The SCC Defendants' reply shall be due on **June 7, 2012**.

3. The SCC Defendants' Motion for Summary Judgment, ECF No. 174, shall be re-noted for **June 8, 2012**.

///

///

1  DATED this 1st day of ~~May~~ JUNE, 2012.

2

3  _____
   HONORABLE J. RICHARD CREATURA
4  United States Magistrate Judge

5  Presented by:

6  ATTORNEY GENERAL'S OFFICE

7  By /s/ Donna Hamilton
8  WILLIAM M. VAN HOOK, WSBA No. 33922
   DONNA J. HAMILTON, WSBA No. 26894
9  7141 Cleanwater Drive SW
   PO Box 41024
10 Olympia, WA 98504-0124
   Phone: (360) 586-6536
11 Email: WilliamV@atg.wa.gov
   Email: DonnaH@atg.wa.gov
12 Attorneys for Defendants Richards and
   Sziebert
13
   CONNELLY LAW OFFICES
14
15 By /s/ Donna Hamilton for Anna Price per email authorization.
   JOHN R. CONNELLY, JR., WSBA No. 12183
16 NATHAN P. ROBERTS, WSBA No. 40457
   ANNA L. PRICE, WSBA No. 43088
17 2301 North 30th Street
   Tacoma, WA 98403
18 Phone: (253) 593-5100
   E-mail: jconnelly@connelly-law.com
19 E-mail: nroberts@connelly-law.com
   E-mail: aprice@connelly-law.com
20 *Pro Bono* Attorneys for Plaintiff McGary

21 JOHNSON GRAFFE KEAY MONIZ & WICK

22 By /s/ Donna Hamilton for Donna Moniz per email authorization.
   EUGENE A. STUDER, WSBA No. 20175
23 DONNA M. MONIZ, WSBA No. 12762
   925 Fourth Avenue, Suite 2300
24 Seattle, WA 98104
   Phone: (206) 386-7344
25 Email: gene@jgkmw.com
   Email: donnam@jgkmw.com
26 Attorneys for Defendant McClung

AMENDED SCHEDULING ORDER
NO. C05-05376 RBL/JRC

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565