FILED _____ LODGED
_____ RECEIVED

JUN 0 1 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

The Honorable RONALD B. LEIGHTON
U.S. Magistrate Judge J. RICHARD CREATURA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARNELL MCGARY,<br><br>    Plaintiff,<br><br>v.<br><br>RONALD CULPEPPER, et al.,<br><br>    Defendants. | NO. C05-05376 RBL/JRC<br><br>(PROPOSED)<br>AMENDED SCHEDULING ORDER |

Pursuant to the stipulated agreement among all parties, and good cause appearing, the Scheduling Order, previously filed by this Court on August 31, 2011, ECF No. 154, is hereby amended as follows:

1. Mr. McGary's response to the SCC Defendants' Motion for Summary Judgment, ECF No. 174, shall be due on **June 4, 2012.**

2. The SCC Defendants' reply shall be due on **June 7, 2012.**

3. The SCC Defendants' Motion for Summary Judgment, ECF No. 174, shall be re-noted for **June 8, 2012.**

///

///

AMENDED SCHEDULING ORDER     1     ATTORNEY GENERAL OF WASHINGTON
NO. C05-05376 RBL/JRC
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

1 | DATED this 1st~~15th~~ day of ~~May~~ JUNE, 2012.

2

3 | _____
HONORABLE J. RICHARD CREATURA
4 | United States Magistrate Judge

5 | Presented by:

6 | ATTORNEY GENERAL'S OFFICE

7 | By _Donna Hamilton_____
8 | WILLIAM M. VAN HOOK, WSBA No. 33922
DONNA J. HAMILTON, WSBA No. 26894
9 | 7141 Cleanwater Drive SW
PO Box 41024
10 | Olympia, WA 98504-0124
Phone: (360) 586-6536
11 | Email: WilliamV@atg.wa.gov
Email: DonnaH@atg.wa.gov
12 | Attorneys for Defendants Richards and
Sziebert
13
CONNELLY LAW OFFICES
14
15 | By _Donna Hamilton for Anna Price per email authorization._
JOHN R. CONNELLY, JR., WSBA No. 12183
16 | NATHAN P. ROBERTS, WSBA No. 40457
ANNA L. PRICE, WSBA No. 43088
17 | 2301 North 30th Street
Tacoma, WA 98403
18 | Phone: (253) 593-5100
E-mail: jconnelly@connelly-law.com
19 | E-mail: nroberts@connelly-law.com
E-mail: aprice@connelly-law.com
20 | *Pro Bono* Attorneys for Plaintiff McGary

21 | JOHNSON GRAFFE KEAY MONIZ & WICK

22 | By _Donna Hamilton for Donna Moniz per email authorization._
EUGENE A. STUDER, WSBA No. 20175
23 | DONNA M. MONIZ, WSBA No. 12762
925 Fourth Avenue, Suite 2300
24 | Seattle, WA 98104
Phone: (206) 386-7344
25 | Email: gene@jgkmw.com
Email: donnam@jgkmw.com
26 | Attorneys for Defendant McClung