UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARNELL MCGARY,

        Plaintiff,

  v.

RONALD CULPEPPER et al.

        Defendants.

CASE NO. C05-5376 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Defendant McClung's motion for summary judgment is GRANTED. He is dismissed from this action with prejudice.

DATED this 21st day of August, 2012.

Ronald B. Leighton
United States District Judge

ORDER - 1